| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorneys for Defendant
ROBERTO AMEZCUA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case Nos. 14-cr-299 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING TO APRIL 2, 2015, AT 9:00 A.M. |
| v. | ) ) | |
| ROBERTO AMEZCUA, | ) ) | Date: March 12, 2015 |
| Defendant. | ) ) | Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the change of plea hearing set for March 12, 2015, at 9:00 a.m., to April 2, 2015, at 9:00 a.m.

Counsel for Mr. Amezcua requires additional time to investigate and confer with Mr. Amezcua about the facts of the case.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through April 2, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

///

///

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 6, 2015                        HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ M.Petrik
                                            MICHAEL PETRIK, Jr.
                                            Assistant Federal Defender

DATED: March 6, 2015                        BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ M.Petrik for
                                            JUSTIN LEE
                                            Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders the change of plea hearing rescheduled for April 2, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including April 2, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.

Dated:  March 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT