HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBERTO AMEZCUA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case Nos. 14-cr-299 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING TO APRIL 23, 2015, AT 9:00 A.M. |
| v. | ) ) | |
| ROBERTO AMEZCUA, | ) ) | Date:   April 2, 2015 Time:   9:00 a.m. |
| Defendant. | ) | Judge:  Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the change of plea hearing set for April 2, 2015, at 9:00 a.m., to April 23, 2015, at 9:00 a.m.

Counsel for Mr. Amezcua requires additional time to review discovery, investigate, and confer with Mr. Amezcua.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through April 23, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

/ / /

/ / /

/ / /

Stipulation to Continue        -1-        14-299-MCE

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 30, 2015					HEATHER E. WILLIAMS
								Federal Defender

								/s/ M.Petrik
								MICHAEL PETRIK, Jr.
								Assistant Federal Defender

DATED: March 30, 2015					BENJAMIN B. WAGNER
								United States Attorney

								/s/ M.Petrik for
								JUSTIN LEE
								Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the change of status conference rescheduled for April 23, 2015, at 9:00 a.m.  The Court orders the time from the date of the parties stipulation, up to and including April 23, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.

Dated:  April 7, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT