BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00299-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ROBERTO AMEZCUA, | DATE: April 23, 2015 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 23, 2015.

2. By this stipulation, defendant now moves to continue the status conference until May 28, 2015, and to exclude time between April 23, 2015, and May 28, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to consult with his client, conduct further investigation and research related to this charge, discuss potential resolution of this matter, investigate potential sentencing mitigation, and

1  otherwise prepare for trial.

2  b) Counsel for defendant believes that failure to grant the above-
3  requested continuance would deny him the reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence.

5  c) The government does not object to the continuance.

6  d) Based on the above-stated findings, the ends of justice served by
7  continuing the case as requested outweigh the interest of the public and the
8  defendant in a trial within the original date prescribed by the Speedy Trial Act.

9  e) For the purpose of computing time under the Speedy Trial Act, 18
10 U.S.C. § 3161, et seq., within which trial must commence, the time period of April
11 23, 2015 to May 28, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§
12 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted
13 by the Court at defendant's request on the basis of the Court's finding that the ends
14 of justice served by taking such action outweigh the best interest of the public and
15 the defendant in a speedy trial.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 17, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: April 17, 2015

/s/ MICHAEL PETRIK
MICHAEL PETRIK
Counsel for Defendant
ROBERTO AMEZCUA

**ORDER**

IT IS SO ORDERED.

Dated: April 24, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT