| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | ROBERTO AMEZCUA |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case Nos. 14-299 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE TO SEPTEMBER 17, |
| v. | ) 2015, AT 9:00 A.M. |
| ROBERTO AMEZCUA, | ) Date:   July 16, 2015 |
| | ) Time:   9:00 a.m. |
| Defendant. | ) Judge:  Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for July 16, 2015, at 9:00 a.m., to September 17, 2015, at 9:00 a.m.

Counsel for Mr. Amezcua requires additional time to review discovery, investigate, and confer with Mr. Amezcua. Counsel also requires additional time to discuss a potential resolution of the case with Mr. Amezcua.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through September 17, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

///

///

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: July 14, 2015                    HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ M.Petrik
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender

DATED: July 14, 2015                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for
                                        JUSTIN LEE
                                        Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders the status conference rescheduled for September 17, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including September 17, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.

Dated:  July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT